## No. 26386

**Election Campaign Reform, a Colorado Not-for-Profit Corporation, and Bert F. Edwards, One of the Directors thereof v. Honorable Jeremiah J. Connolly, Deputy Secretary of State and Acting Secretary of State, the Honorable John P. Moore, Attorney General, and the Honorable Irving M. Mehler, Reporter of the Supreme Court**

(520 P.2d 133)

Decided March 25, 1974.

John A. Kintzele, for petitioner.

John P. Moore, Attorney General, for respondents.

*En Banc.*

PER CURIAM

The action of the Ballot Title Board is affirmed. See *Say vs. Baker,* 137 Colo. 155, 322 P.2d 317.